## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**EDWARD LOWERY**                              **CIVIL ACTION**

**VERSUS**                                     **NO. 10-3908**

**BURL CAIN**                                  **SECTION "N"(6)**

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the traverse (Rec. Doc. No. 25) and the objections to the Magistrate Judge's Report and Recommendation (Rec. Doc. No. 26), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Edward Lowery for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITHOUT PREJUDICE** due to his failure to exhaust his state court remedies.

New Orleans, Louisiana, this 2nd day of September, 2011.

UNITED STATES DISTRICT JUDGE